**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GARRY WALTON,

    Plaintiff,                                       Case No.: 1:26-cv-00597

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | ZZIXINS |
| 2 | nanxindege |
| 3 | GUOZH |
| 4 | yanshanxianyanlinghongtangshipin |
| 5 | jemd |
| 6 | HengYangXianZhaoWanShangMaoYouXianGong |
| 7 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 8 | 室外顶线科技 |
| 9 | 遮阳篷具 |
| 10 | henanhuachengbiaoshiyouxian |
| 11 | 范书柜收纳 |
| 12 | Durcoo |
| 13 | FuwillTech |
| 14 | bangxi |
| 15 | qer&kcoeg Co.Ltd |
| 16 | JoJo Low Price Discount Store |
| 17 | GJPRXCx |
| 18 | HPing |
| 19 | JiEnYu |
| 20 | ermei tan |
| 21 | WIZUTIZ ishenghuo |
| 22 | HomeJoyToys |
| 23 | SHUNDONG Co.Ltd |
| 24 | juan su |

1

| 25 | IUYTHOME |
|----|----------|
| 26 | ChangXiYu |
| 27 | OH! Toys! |
| 28 | li xie |
| 29 | XUliXi |
| 30 | ying guo |
| 31 | YISHAO Co.Ltd |
| 32 | LpRmod |
| 33 | OPK73a |
| 34 | mosunx |
| 35 | feifeizi |
| 36 | tianlin huang |