**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **GERRY WALTON,** | **Civil Action No. 1:26-cv-00597** |
| Plaintiff, | **Hon. Joan H. Lefkow** |
| v. | |
| **THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,** | |
| Defendant. | |

**UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME FOR DEFENDANT DURCOO TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b), Fed.R.Civ.P., Defendant Durcoo ("Defendant") files this unopposed motion requesting a second extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint. In support of this motion, Defendant contends there is good cause for the extension and states as follows:

1. Plaintiff Gerry Walton ("Plaintiff") commenced this action for copyright infringement on January 20, 2026. (Dkt. No. 1).

2. Plaintiff contends that Defendant was served the summons and Complaint on February 5, 2026. (Dkt. No. 28). Defendant moved for and was granted an extension to March 30, 2026. (Dkt Nos. 21, 22).

3. Plaintiff has stated it does not oppose a 30-day extension of time to April 29, 2026.

4. Defendant respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint to and including April 26, 2026. Defendant requests the extension to allow additional time to negotiate a resolution to the case.

1

2

Defendant Durcoo therefore respectfully requests that the Court extend the time for Durcoo to answer Plaintiff's Complaint through and including April 29, 2026.

Dated: March 30, 2026

Respectfully submitted,

*/s/ Steven G. Kalberg*
David R. Bennett
Steven G. Kalberg
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: dbennett@directionip.com
e-mail: skalberg@directionip.com

*Counsel for Defendant Durcoo*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 30, 2026, I caused a true and correct copy of the foregoing pleading to be filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all attorneys of record who have consented to such notifications.

*/s/ Steven G. Kalberg*
Steven G. Kalberg