**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Garry Walton

                                   Plaintiff,

v.                                             Case No.:
1:26–cv–00597

Honorable Joan H. Lefkow

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 31, 2026:

        MINUTE entry before the Honorable Joan H. Lefkow: Motion for extension of time to answer [28] is granted. Defendant Durcoo shall answer or otherwise plead to the complaint by 4/29/2026. The status hearing set for 4/8/2026 is stricken and reset to 5/6/2026 at 9:30 a.m. in Courtroom 2201. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.